

# Fourth Court of Appeals
## San Antonio, Texas

October 1, 2015

No. 04-15-00551-CV

Richard Matthew **VILLAREAL**,
Appellant

v.

Rebecca L. **VILLAREAL**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-18202
Honorable Gloria Saldana, Judge Presiding

# O R D E R

The Appellant's Motion for Emergency Relief is DENIED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of October, 2015.

_____
Keith E. Hottle
Clerk of Court